## United States District Court for the Northern District of Illinois

Case Number: 08CV3115                Assigned/Issued By: DAJ

Judge Name: HOLDERMAN        Designated Magistrate Judge: COLE

### FEE INFORMATION

*Amount Due:*  [✓] $350.00    [ ] $39.00    [ ] $5.00
              [ ] IFP        [ ] No Fee    [ ] Other _____
              [ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350.00                Receipt #: 2816975

Date Payment Rec'd: 05/30/08       Fiscal Clerk: DAJ

### ISSUANCES

[✓] Summons                              [ ] Alias Summons

[ ] Third Party Summons                  [ ] Lis Pendens

[ ] Non Wage Garnishment Summons         [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons   _____
                                         _____
[ ] Citation to Discover Assets          (Victim, Against and $ Amount)

[ ] Writ _____
    (Type of Writ)

<u>  1  </u> Original and <u>  0  </u> copies on <u> 05/30/08 </u> as to <u> DEF. </u>
                                         (Date)

C:\wpwin80\docket\feeinfo.frm     03/14/05