AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

LOCAL 25 S.E.I.U. WELFARE FUND,
LOCAL 25 S.E.I.U. & PARTICIPATING
EMPLOYERS PENSION TRUST,

**SUMMONS IN A CIVIL CASE**

Plaintiffs,

v.

CASE NUMBER: 08CV3115  RCC
JUDGE HOLDERMAN

MASTER BUILDING SERVICES, INC.,
an Illinois Corporation,

ASSIGNED JUDGE: MAGISTRATE JUDGE COLE

DESIGNATED
MAGISTRATE JUDGE:

Defendant.

TO: (Name and address of Defendant)

MASTER BUILDING SERVICES, INC. an Illinois Corp.
c/o: Halina Wikar, Registered Agent
    7003 1/2 W. Higgins
    Chicago, IL 60656

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

ROBERT B. GREENBERG, ESQ.
ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500

an answer to the complaint which is herewith served upon you within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

M _____
(By) DEPUTY CLERK

(B:



May 30, 2008
_____
Date

| | | |
|---|---|---|
| ClientCaseID: ROBERT<br>Law Firm ID: ASHER | <br>*187746A* | CaseReturnDate: 7/2/08<br>Affidavit of SPECIAL PROCESS SERVER |

## UNITED STATES DISTRICT COURT

Case Number **08CV3115**

I, R. MARSHALL GRADY

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

### CORPORATE SERVICE

THAT I SERVED THE WITHIN **SUMMONS AND COMPLAINT**
ON THE WITHIN NAMED DEFENDANT **MASTER BUILDING SERVICES**
PERSON SERVED **AGATA PRZYBLYLAK, ACCOUNTANT**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON **6/9/08**

THE SUBJECT STATED THAT SHE IS AUTHORIZED TO RECEIVE THE SERVICE OF PROCESS ON BEHALF OF THE REGISTERED AGENT.

That the sex, race and approximate age of the person whom I left the **SUMMONS AND COMPLAINT** are as follow:

**Sex** FEMALE **Race** WHITE **Age** 40
**Height** 5' 4 **Build** HEAVY **Hair** BROWN

LOCATION OF SERVICE **7003 1/2 W HIGGINS CHICAGO, IL, 60656**

Date Of Service **6/9/08**    Time of Service **10:32 AM**

_____    6/9/2008
R. MARSHALL GRADY
**SPECIAL PROCESS SERVER**
PERC# 0129-275752

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

_____