THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOCAL 25 S.E.I.U. WELFARE FUND,<br>LOCAL 25 S.E.I.U. & PARTICIPATING<br>EMPLOYERS PENSION TRUST,<br><br>                Plaintiffs,<br><br>  v.<br><br>MASTER BUILDING SERVICES, INC.,<br>an Illinois Corporation,<br><br>                Defendant. | NO.  08 C 3115<br><br>Judge Holderman<br><br>Mag. Judge Cole |

## NOTICE OF MOTION

TO:    MASTER BUILDING SERVICES, INC.
        c/o: Halina Wikar, Registered Agent
        7003 ½ W. Higgins
        Chicago, IL 60656

      **PLEASE TAKE NOTICE** that the undersigned will bring on the annexed motion for hearing at Room 2541, Judge Holderman, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, on the 22nd day of July 2008, at 9:00 A.M. of that day or as soon thereafter as counsel can be heard.

                                              /s/ Robert B. Greenberg
                                              Asher, Gittler, Greenfield & D'Alba, Ltd.
                                              200 West Jackson Boulevard
                                              Suite 1900
                                              Chicago, Illinois 60606
                                              (312) 263-1500
                                              IL ARDC#:  01047558

## **CERTIFICATE OF SERVICE**

  ROBERT B. GREENBERG, being duly sworn, says that he is an attorney associated with Asher, Gittler, Greenfield & D'Alba, Ltd., attorneys for Plaintiffs in this action, and that he served the attached Motion upon:

    **MASTER BUILDING SERVICES, INC.**
    **c/o: Halina Wikar, Registered Agent**
    **7003   ½ W. Higgins**
    **Chicago, IL 60656**

by depositing a copy in the United States mails, postage paid, at 200 West Jackson Boulevard, Chicago, Illinois 60606, on the 14th day of July 2008.

  Service was accomplished pursuant to ECF as to Filing Users, and Counsel shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

         /s/ Robert B. Greenberg
         Asher, Gittler, Greenfield & D'Alba, Ltd.
         200 West Jackson Boulevard
         Suite 1900
         Chicago, Illinois 60606
         (312) 263-1500
         IL ARDC#:  01047558