# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | James F. Holderman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3115 | **DATE** | 7/22/2008 |
| **CASE TITLE** | Local 25 S.E.I.U. Welfare Fund et al vs. Master Building Services, Inc. | | |

**DOCKET ENTRY TEXT**

Plaintiffs' motion for default judgment [7] is granted. ENTER JUDGMENT ORDER: It is ordered that judgment is entered in favor of the plaintiffs and against the defendant in the amount of $9,094.02. The Court reserves jurisdiction with respect to any supplemental proceedings to be instituted by the plaintiffs in order to enforce the judgment entered herein.

■ [ For further detail see separate order(s).]

Notices mailed by Judicial staff.

00:02

| | Courtroom Deputy Initials: | AMM |
|---|---|---|