THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

LOCAL 25 S.E.I.U. WELFARE FUND, )
LOCAL 25 S.E.I.U. & PARTICIPATING )
EMPLOYERS PENSION TRUST, )
)
                     Plaintiffs, )
)
     v. ) NO. 08 C 3115
)
MASTER BUILDING SERVICES, INC., ) Judge Holderman
an Illinois Corporation, )
) Mag. Judge Cole
                     Defendant. )

## JUDGMENT ORDER

This cause coming on to be heard upon motion of the Plaintiffs for entry of default order, and the Court being duly advised in the premises,

IT IS NOW THEREFORE ORDERED:

1. That Defendant, MASTER BUILDING SERVICES, INC., an Illinois Corporation, having failed to appear and plead or otherwise defend in this action is adjudged to be in default and judgment is hereby entered herein.

2. The Complaint filed by the Plaintiffs against the Defendant is hereby taken as confessed.

3. That judgment in the amount of NINE THOUSAND NINETY FOUR AND 02/100 DOLLARS ($9,094.02), which amount includes Court costs in the amount of FOUR HUNDRED AND FIVE AND 00/100 DOLLARS ($405.00) and attorney's fees in the amount of ONE THOUSAND ONE HUNDRED SEVENTY AND 00/100 DOLLARS ($1,170.00) is

entered against MASTER BUILDING SERVICES, INC., an Illinois Corp., and in favor of LOCAL NO. 25 S.E.I.U. WELFARE FUND and LOCAL 25 S.E.I.U. & PARTICIPATING EMPLOYERS PENSION TRUST.

4.  That Defendant shall comply with and perform according to the terms and conditions of his Collective Bargaining Agreement with Local Union No. 25.

5.  The Court reserves jurisdiction with respect to any supplemental proceedings to be instituted by the Plaintiffs in order to enforce the judgment entered herein.

DATED:  July 22, 2008

ENTER:

_____
U.S. District Court Judge James F. Holderman

ROBERT B. GREENBERG
IL ARDC#:  01047558
ASHER, GITTLER, GREENFIELD & D'ALBA, LTD.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500