# United States District Court
## Northern District of Illinois
### Eastern Division

Local 25 S.E.I.U. Welfare Fund et al       **JUDGMENT IN A CIVIL CASE**

      v.                                             Case Number: 08 C 3115

Master Building Services, Inc.

☐     Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury rendered its verdict.

■     Decision by Court.  This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered in favor of the plaintiffs and against the defendant in the amount of $9,094.02.  The Court reserves jurisdiction with respect to any supplemental proceedings to be instituted by the plaintiffs in order to enforce the judgment entered herein.

                                   Michael W. Dobbins, Clerk of Court

Date: 7/22/2008                                                   _____
                                                               /s/ Alyce Mobley-Morris, Deputy Clerk