UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOCAL 25 SEIU WELFARE FUND, et al.,<br>　　　　　Plaintiffs<br>-vs-<br>MASTER BUILDING SERVICES, INC., an Ill. Corp.,<br>　　　　　Defendant<br>　　　and<br>JP MORGAN CHASE BANK, N.A.,<br>　　　　　Garnishee-Defendant | Case No. 08C 3115<br>Judge Holderman<br><br>**PLEASE SERVE**<br>JP MORGAN CHASE BANK<br>120 South LaSalle Street<br>Chicago, IL  60603 |

## GARNISHMENT SUMMONS (NON-WAGE)

To the Garnishee:  **JP MORGAN CHASE BANK, N.A.**

　　YOU ARE SUMMONED and required to file answers to the judgment creditor's interrogatories, in the office of the Clerk of this Court located in the U.S. Courthouse, 219 South Dearborn Street, Chicago, Illinois 60604, on or before ** SEPTEMBER _16_ , 2008. However, if this summons is served on you less than 10 days before that date, you must file answers to the interrogatories on or before 14 days after that date.  **IF YOU FAIL TO DO SO, A CONDITIONAL JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE AMOUNT OF THE JUDGMENT UNPAID.**

To the Officer:

　　This summons must be returned by the officer or other persons to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed.  This summons may not be served later than the above date.

　　　　　　　　　　　　　　　　　　　　　MICHAEL W. DOBBINS
　　　　　　　　　　　　　　　　　　　　　Clerk of the Court

Date: AUG 2 5 2008

　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

　　　　　　　　　　　　　　　　　(Seal of Court)

NOTE:　　This summons is issued pursuant to Rule 69A of the Federal Rules of Civil Procedure.

** 21-30 days after date of issuance of this summons.

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE 8-25-2008 |
| NAME OF SERVER (PRINT) Bernard LeFlore | TITLE Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): _served Christina D. Prieto - Legal Department Chase Bank_

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8-25-08                  _Bernard Leflore_
              Date                     Signature of Server

                                       200 W. Jackson Suite 1900
                                       Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.