UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
231 NORTH DEARBORN STREET, CHICAGO, ILLINOIS

| | |
|---|---|
| LOCAL NO. 25, S.E.I.U. WELFARE FUND, et al., | ) |
| | ) |
| Judgment Creditor | ) |
| -vs- | ) CASE NO. 08C 3115 |
| MASTER BUILDING SERVICES, INC., | ) JUDGE HOLDERMAN |
| Judgment Debtor | ) |
| and | ) Summons Return Date: 9/16/2008 |
| JP MORGAN CHASE BANK, | ) |
| Garnishee Defendant. | ) |

### CERTIFICATE OF MAILING

I hereby certify that, within two business days of service upon the Garnishee of the Garnishment Summons, Interrogatories and Garnishment Notice, I served upon the Judgment Debtor in this cause a copy of the Garnishment Summons and Garnishment Notice by First Class Mail to the Judgment Debtor's address, as indicated in the Garnishment Notice.

/s/ Robert B. Greenberg
Asher, Gittler, Greenfield & D'Alba, Ltd.
200 West Jackson Boulevard
Suite 1900
Chicago, Illinois 60606
(312) 263-1500
IL ARDC#:  01047558

DATED:  August 26, 2008