MHN

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
8-25-2008
AUG 2 5 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

LOCAL 25 SEIU WELFARE FUND, et al., )
                          Plaintiffs )
-vs- )
MASTER BUILDING SERVICES, INC., an Ill. Corp., )  Case No. 08C 3115
                          Defendant )
                        and )  Judge Holderman
JP MORGAN CHASE BANK, N.A., )
                        Garnishee-Defendant )

### AFFIDAVIT FOR GARNISHMENT (NON-WAGE)

        ROBERT B. GREENBERG        on oath states:

1. Judgment was entered on   JULY 22, 2008  , for judgment creditor(s) LOCAL 25 SEIU WELFARE FUND, et al., and against judgment debtor(s) MASTER BUILDING SERVICES, INC., an Illinois Corporation, for $ 9,094.02 and costs.

2. $ 0 has been paid on judgment.

3. There is unpaid on the judgment:
    $ 9,094.02   principal
    $   costs
    $   interest
    $ 9,094.02   TOTAL

4. I believe garnishee JP MORGAN CHASE BANK, N.A., is indebted to the judgment debtor, other than wages, or has in his or her possession, custody or control property belonging to him or her or in which he/she has an interest.

5. I request that summons issue directed to garnishee.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

EXECUTED ON: August 25, 2008.

                                     /s/ Robert B. Greenberg

NAME: ROBERT B. GREENBERG
ATTORNEY FOR: Plaintiffs
ADDRESS: 200 West Jackson Blvd., - Suite 1900
CITY: Chicago, IL 60606
TELEPHONE: (312) 263-1500

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LOCAL 25 SEIU WELFARE FUND, et al., )<br>          Plaintiffs )<br>-vs- )<br>MASTER BUILDING SERVICES, INC., an Ill. Corp., )<br>          Defendant )<br>      and )<br>JP MORGAN CHASE BANK, N.A., )<br>        Garnishee-Defendant ) | Case No. 08C 3115<br><br>Judge Holderman |

### INTERROGATORIES TO GARNISHEE

1. When you were served with summons, did you have in your possession, custody or control of any property belonging to the judgment debtor or in which he or she had an interest?

 **ANSWER:** _____
    (Yes or No)

2. If your answer is yes, describe the property:

_____

_____

_____

3. When you were served with the summons, were you otherwise indebted to him or her, no matter when payable?

 **ANSWER:** _____
    (Yes or No)

4. If your answer is yes, state:

  Description: _____
  Amount:  $_____
  Date Due: _____

The agent of the garnishee certifies under penalties as provided by law pursuant to 735 ILCS 5/1-109 that the answers to the interrogatories are true. I further certify that I have mailed, to the address indicated on the reverse side, a copy of the completed interrogatories, to the judgment debtor.

                _____
                For Garnishee Defendant